IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SAMUEL MENEFEE | § | |
| v. | § | CIVIL ACTION NO. 9:06cv49 |
| LOUISIANA PACIFIC CORPORATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and a recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion for Summary Judgment be granted and that the case be dismissed with prejudice. Plaintiff filed written objections to the Report and Recommendation on July 14, 2006.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Plaintiff has not come forward with any competent summary judgment evidence to show that there is a genuine issue of material fact. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion for Summary Judgment (document #24) is **GRANTED**. The case is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **15** day of **July, 2006.**

_____
Ron Clark, United States District Judge